UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 03-20725-CR-UNGARO

UNITED STATES OF AMERICA,

v.

WILLIAM LAURENCE ATCHINSON
     Defendant.
_____/

**ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT**

THIS CAUSE is before the Court upon the Government's Petition for Warrant or Summons for Offender Under Supervision dated December 28, 2007. (D.E. 37.) The matter was referred to Magistrate Judge John O' Sullivan, who on March 5, 2008 issued a Report recommending that the Defendant's supervised release be revoked based on Defendant's admission and testimony concerning violations numbered one and two.[1] (D.E. 48.) The matter is ripe for disposition and no objections to the Report have been filed.

Accordingly, having conducted a *de novo* review of the record and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Chief Magistrate Judge's Report is RATIFIED,

---

[1] The Magistrate Judge's Report specifies violation number one and two as follows:

  **1.** **Violation of Special Condition,** by having unsupervised, personal contact with children/minors under the age of 18. On October 9 2007, the defendant reported on two separate occasions, being alone in an elevator with a young girl of approximately five (5) years of age

  **2.** **Violation of Special Condition**, by having personal contact with children/minors under the age of 18. On November 21, 2007, the defendant admitted to his Probation Officer to having contact with a young boy approximately five (5) years of age.

1

AFFIRMED AND ADOPTED.

DONE AND ORDERED in Chambers at Miami, Florida, this 15th day of April, 2008.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record